UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.

TAHIR KAZMI,

               Defendant.
                                     /

Case No. 2:12-cr-20292-02

HONORABLE STEPHEN J. MURPHY, III

**STIPULATION AND ORDER
ALLOWING DEFENDANT TO TRAVEL FOR WORK**

After reading the below stipulation, and the Court being fully advised in the premises;

**WHEREFORE**, it is hereby **ORDERED** that Tahir Kazmi be allowed to travel to Pakistan, Saudi Arabia, China and the United Arab Emirates for work-related activities between February 2021 and August 2021. All travel itineraries must be presented to and approved by Mr. Kazmi's probation officer prior to any travel by Mr. Kazmi.

**SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: February 11, 2021

## STIPULATION TO ALLOW
## DEFENDANT TO TRAVEL FOR WORK

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel that Tahir Kazmi be allowed to travel to Pakistan, Saudi Arabia, China and the United Arab Emirates for work-related activities between February 2021 and August 2021. All travel itineraries must be presented to and approved by Mr. Kazmi's probation officer prior to any travel by Mr. Kazmi.

/s/David M. Burgess
**DAVID M. BURGESS (P58557)**
Attorney for Defendant
1360 Porter Street
Dearborn, Michigan 48124
(313) 961-4382

/s/David Gardey (w/consent)
**DAVID GARDEY**
Assistant U.S. Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9591